IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GARNET TURNER *individually and on behalf of all others similarly situated, et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:13-CV-685-WKW (WO) |
| ALLSTATE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |
| JOHN E. KLAAS *on behalf of himself and all others similarly situated, et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:15-CV-406-WKW (WO) |
| ALLSTATE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that the *Klaas* Plaintiffs' motion for sanctions (Doc. # 107) is DENIED without prejudice and with leave to refile the motion **within fourteen days prior to the pretrial conference.**

DONE this 2nd day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE