IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GARNET TURNER | ) | |
| *individually and on behalf of all others* | ) | |
| *similarly situated, et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-685-WKW |
| | ) | (WO) |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| JOHN E. KLAAS | ) | |
| *on behalf of himself and all others* | ) | |
| *similarly situated, et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-406-WKW |
| | ) | (WO) |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that the Turner Plaintiffs' motion to clarify is DENIED as moot. This case is no longer stayed. (*See* Doc. # 100.) The parties shall proceed in accordance with the December 1, 2016 Uniform Scheduling Order. (Doc. # 149.)

The Clerk of the Court is DIRECTED to lift the stay on the docket sheet.

DONE this 6th day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE