IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GARNET TURNER | ) | |
| *individually and on behalf of all others* | ) | |
| *similarly situated*, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-685-WKW |
| | ) | (WO) |
| ALLSTATE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| JOHN E. KLAAS | ) | |
| *on behalf of himself and all others* | ) | |
| *similarly situated, et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-406-WKW |
| | ) | (WO) |
| ALLSTATE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that the parties' joint motion to extend deadlines for expert disclosures (Doc. # 181) is GRANTED.

Further, it is ORDERED that Sections 2 and 8 of the Uniform Scheduling Order (Doc. # 149), as amended (Doc. # 172), are amended as follows:

**SECTION 2: Dispositive Motions.** Dispositive motions, *e.g.*, motions for summary judgment, shall be filed no later than **September 20, 2017**. A brief and all supporting evidence shall be filed with any such motion. In all briefs filed by any party relating to the motion, the discussion of the evidence in the brief must be accompanied by a specific reference, by page and line, to where the evidence can be found in a supporting deposition or document. Failure to make such specific reference may result in the evidence not being considered by the court.

Daubert motions shall be filed on or before **June 19, 2017**, unless the deadline is modified by the court upon motion of a party demonstrating good cause.

**SECTION 8: Expert Witness Disclosures.** The parties shall disclose to each other the identity of ANY person who may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence, and provide the reports of retained experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, as required by Rule 26(a)(2)(A), (B), and (C) of the Federal Rules of Civil Procedure, as follows:

from the plaintiff(s), on or before **April 19, 2017**, and

from the defendant(s), on or before **April 19, 2017**.

Expert rebuttal reports within the meaning of Fed. R. Civ. P. 26(a)(2)(D), *i.e.*, expert reports that solely contradict or rebut evidence on the same subject matter identified by an opposing party's expert disclosure under Rule 26(a)(2)(B) or (C), shall be disclosed no later than **May 19, 2017**.

The parties shall comply fully with all requirements of Rule 26(a)(2) in regard to disclosure of expert testimony. Unless an objection is filed within 14 days after disclosure of any expert witness, the disclosure shall be deemed to be in full compliance with the Rule.

All other provisions of the Uniform Scheduling Order (Doc. # 149), as amended (Doc. # 172), remain in full force and effect.

DONE this 14th day of February, 2017.

                                      /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE