IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARNET TURNER, *individually and on behalf of all others similarly situated, et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIV. ACT. NO. 2:13-cv-685-ECM |
| ALLSTATE INSURANCE COMPANY, | ) (WO) ) ) ) |
| Defendant. | ) |
| JOHN E. KLAAS, *on behalf of himself and all others similarly situated, et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIV. ACT. NO. 2:15-cv-406-ECM |
| ALLSTATE INSURANCE COMPANY, | ) (WO) ) ) ) |
| Defendant. | ) |

**ORDER**

Now pending before the Court is the Turner Plaintiff's Amended Motion for Preliminary Injunctive Relief for the Putative Class (doc. 418), filed on August 12, 2020. Upon consideration of the motion and for good cause, it is

ORDERED that **on or before August 27, 2020**, the Defendant shall show cause, if any there be, why the motion (doc. 418) should not be granted. The Turner Plaintiffs may file a reply **on or before September 3, 2020**.

DONE this 13th day of August, 2020.

       /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE