IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GARNET TURNER, *individually and on behalf of all others similarly situated, et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIV. ACT. NO. 2:13-cv-685-ECM (WO) |
| ALLSTATE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |
| JOHN E. KLAAS, *on behalf of himself and all others similarly situated, et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIV. ACT. NO. 2:15-cv-406-ECM (WO) |
| ALLSTATE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

On August 13, 2020, the Court entered an order (doc. 419) directing the Defendant

to show cause as to why the Turner Plaintiffs' Amended Motion for Preliminary Injunctive

Relief for the Putative Class should not be granted. On August 14, 2020, the Klaas

Plaintiffs also filed a Motion for Preliminary Injunctive Relief for the Putative Class. (Doc.

420). Accordingly, it is

ORDERED that the show cause order (doc. 419) entered on August 13, 2020, is hereby VACATED. It is further

ORDERED that **on or before September 2, 2020**, the Defendant shall show cause, if any there be, why the Turner Plaintiffs' and Klaas Plaintiffs' motions (docs. 418 & 420) should not be granted. The Turner and Klaas Plaintiffs may file a reply **on or before September 9, 2020**.

DONE this 19th day of August, 2020.


       /s/ Emily C. Marks
       EMILY C. MARKS
       CHIEF UNITED STATES DISTRICT JUDGE