**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET
MONTGOMERY, ALABAMA 36104

**Debra P. Hackett**  TELEPHONE (334) 954-3600
Clerk  Fax  (334) 954-3615

August 10, 2021

Mr. W. Lewis Garrison, Jr.
2224 1st Avenue North
Birmingham, AL  35203

    In re:  *Turner, et al v. Allstate Ins. Co.,* 2:13-cv-685-ECM

Dear Mr. Garrison,

In response to your letter of August 3, 2021, regarding the above case requesting more information on the specific details of Judge Emily Marks' stock ownership, you must complete the attached form to obtain a copy of this information from the Financial Disclosure Office, Administrative Office of the United States Courts. This form is also found on [www.uscourts.gov](www.uscourts.gov).

Thank you.

                                           Sincerely,

                                           /s/Debra P. Hackett
                                           Clerk, U. S. District Court
                                           Middle District of
                                           Alabama (334) 954-3616