IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GARNET TURNER *individually and on behalf of all others similarly situated, et al.*, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 2:13-CV-685-RAH |
| ALLSTATE INSURANCE COMPANY | ) ) ) | |
| Defendant. | ) ) | |
| JOHN E. KLAAS *on behalf of himself and all others* OF *similarly situated, et al.*, | ) ) ) ) ) | RESPONSE IN SUPPORT TURNER MOTION |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 2:15-CV-406-RAH |
| ALLSTATE INSURANCE COMPANY | ) ) ) | |
| Defendant. | ) | |

***KLAAS* PLAINTIFF RESPONSE TO MOTION OF *TURNER*
PLAINTIFFS PURSUANT TO FED. R. CIV. P. 62.1 FOR ORDER
VACATING FINAL JUDGMENT DISMISSING ALL CLAIMS
AGAINST DEFENDANT ALLSTATE INSURANCE COMPANY AND
FOR RELATED PROCEDURAL RELIEF**

COMES NOW the *Klaas* Plaintiff who responds to the *Turner* Motion (Doc. 465) for an order vacating the final judgment entered against the Plaintiffs in this consolidated case on September 30, 2020, which dismissed with prejudice all claims against Defendant Allstate Insurance Company. Doc. 432. The *Turner* Plaintiffs move under Fed.R.Civ.P. 62.1.

Plaintiff John Klaas hereby joins in the *Turner* Motion for the reasons set forth therein, which apply with equal force to the *Klaas* action which has been consolidated with the *Turner* action.

Dated: August 17, 2021                                    Respectfully Submitted,

                                                  s/ Robert J. Pearl
Robert J. Pearl, Esq.
(Admitted *pro hac vice*/FL BAR: 0255297)
*Counsel for Plaintiffs in the Klaas, et al action*
THE PEARL LAW FIRM, P.A.
999 Vanderbilt Beach Drive, Suite 200
Naples, Florida 34108
Phone: (239) 293-6889
Fax. No.: (239) 294-3678
Email: robert@investorattorneys.com

Yale T. Freeman, Esq.
(Admitted *pro hac vice*/FL BAR: 0161855)
YALE T. FREEMAN, P.A.
7257 NW 4th Boulevard, Suite 82
Gainesville, FL  32607Phone:
Phone: (239) 530-2500
Email: ytfreeman@ytfreemanlaw.com

James E. Fleenor, Jr., Esq.
Fleenor Law, LLC
1490 Northbank Parkway**,** Suite 256
Tuscaloosa, Alabama 35406
Phone: (205) 722-1017
Email: jim@jimfleenorlaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 17, 2021, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will serve all counsel of record:

            */s/ Robert J. Pearl*
            Robert J. Pearl