IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARNET TURNER, ET AL., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>ALLSTATE INSURANCE COMPANY,<br><br>        Defendant. | CASE NO. 2:13-CV-685-RAH |
| JOHN E. KLAAS on behalf of himself and all others similarly situated, et al.,<br><br>        Plaintiffs,<br><br>v.<br>ALLSTATE INSURANCE COMPANY,<br><br>        Defendant. | CASE NO. 2:15-CV-406-RAH |

**NOTICE OF DEFENDANT ALLSTATE INSURANCE COMPANY
THAT THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT HAS
DENIED PLAINTIFFS MOTION FOR CONTINUANCE AND FOR LIMITED REMAND**

On August 16, 2021, *Turner* Plaintiffs filed a Notice advising the Court that they have moved for a limited remand of the appeals in this case. (Doc. 466.) This notice is related to *Turner* Plaintiffs' pending Motion pursuant to Fed. R. Civ. P. 62.1 to vacate the final judgment (Doc. 465), which the *Klaas* Plaintiffs joined (Doc. 467). Defendant Allstate Insurance Company ("Allstate") hereby gives notice to the Court that, on August 20, 2021, the U.S. Court of Appeals for the Eleventh Circuit denied *Turner* Plaintiffs' Motion for Continuance of Oral Argument and for Limited Remand. (Exhibit 1., Eleventh Circuit Order.) The Eleventh Circuit had previously denied *Turner* Plaintiffs' Motion to Stay. (*See* Exhibit 2., Eleventh Circuit Order.) Therefore, the

Case 2:13-cv-00685-RAH-KFP   Document 468   Filed 08/20/21   Page 2 of 4

2

Eleventh Circuit will hear oral argument addressing *Turner* and *Klaas* Plaintiffs' appeal on August 26, 2021 and will decide the matter thereafter.

Pursuant to Federal Rule of Civil Procedure 62.1, the Court has three options to address Plaintiffs' motion for vacatur: "(1) defer considering the motion; (2) deny the motion; or (3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." F. R. Civ. P. 62.1(a); (*see* Doc. 465, at 17) (requesting an indicative ruling under Rule 62.1); *see e.g. O'Neal Constructors v. Drt Am.*, No. 1:19-cv-1640-SCJ, 2021 U.S. Dist. LEXIS 150357, at *3 (N.D. Ga. Feb. 26, 2021) (deferring its ruling under Rule 62.1, where oral argument before the Eleventh Circuit was scheduled "in approximately one month," explaining "the fact that the appellate proceedings are ongoing and oral argument is so close, … , the Court deems it proper to stay its hand and defer consideration of the pending motions until a mandate is issued by the Eleventh Circuit Court of Appeals."). Although the Court has not issued an Order to Show Cause directing Allstate to respond to Plaintiffs' Motion to Vacate (Doc. 465.), should the Court request further briefing and response from Allstate, Allstate will address the substantive issues raised in the Plaintiffs' motion upon such schedule as directed by the Court. Nevertheless, Allstate's position remains that this matter is appropriately in the hands of the Court of Appeals.

US_Active\118805122\V-2

Dated: 20th day of August, 2021.

                                                                  Respectfully submitted,

                                                    */s/ Albert L. Vreeland, II*
                                                    Uchenna Ekuma-Nkama
(Admitted pro hac vice /GA Bar: 957861)
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

Wade P. K. Carr
(Admitted pro hac vice /MO Bar: 62786 & KS Bar: 25105)
Samantha J. Wenger
(Admitted pro hac vice /MO Bar: 25322 & KS Bar: 64230)
DENTONS US LLP
4520 Main Street
Suite 1100
Kansas City, Missouri 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545

David J. Middlebrooks
ASB- 8553-D58D
Albert L. Vreeland, II
LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, AL 35202-1945
Telephone: (205) 323-9262
Facsimile: (205) 326-3008

*Attorneys for Defendant*

3

US_Active\118805122\V-2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2021, I filed the foregoing with the Clerk of the Court via the ECF system, which will send notice and a copy of the same to all counsel of record.

*/s/   Albert L. Vreeland, II*
An attorney for Defendant
