IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARNET TURNER, *et al.*, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:13-cv-685-RAH-KFP<br>)<br>)<br>)<br>)<br>) |
| JOHN E. KLAAS, *et al.*, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:15-cv-406-RAH-KFP<br>)<br>)<br>)<br>) |

## **ORDER**

Pending before the Court is *Defendant Allstate Insurance Company's Motion for Taxable Costs* (Doc. 436) and *Defendant Allstate Insurance Company's Motion for Judgment on Bonds* (Doc. 437). In light of ongoing appellate proceedings that may affect the outcome of both the motion to tax costs and the motion for wrongful injunction damages, it is accordingly

ORDERED that the motions (Docs. 436, 437) are **DENIED** without prejudice and the Defendants are **GRANTED** leave to refile the motions no later than **fourteen days** after the entry of the appeal mandate.

DONE, on this the 20th day of September 2021.

                                                /s/ R. Austin Huffaker, Jr.
                                      R. AUSTIN HUFFAKER, JR.
                                      UNITED STATES DISTRICT JUDGE