IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GARNET TURNER, *et al.*, individually, )
and on behalf of all others similarly )
situated, )
                     )
      Plaintiffs, )
                     )
v.                   )    CASE NO. 2:13-cv-685-RAH-KFP
                     )             [WO]
ALLSTATE INSURANCE COMPANY, )
                     )
      Defendant. )
_____ )
                     )
JOHN E. KLAAS, *et al.*, individually, )
and on behalf of all others similarly )
situated, )
                     )
      Plaintiffs, )
                     )
v.                   )    CASE NO. 2:15-cv-406-RAH-KFP
                     )
ALLSTATE INSURANCE COMPANY )
                     )
      Defendant. )

## ORDER

Pending before the Court is the *Turner* Plaintiffs' Renewed Motion to Reassign Case to The Honorable Keith Watkins (Doc. 510), a similar motion filed by the *Klaas* Plaintiffs (Doc. 511), the Defendant's response (Doc. 514), and the *Turner* Plaintiffs' reply (Doc. 515). This is the second time the Plaintiffs have

moved this Court to reassign this case to Judge Watkins, (*see* Doc. 484; Doc. 486), but this time comes after the undersigned already has determined that it "is fully capable of ruling upon the instant issue at the appropriate stage," (Doc. 496), and after it held oral arguments on the remaining pending motions.

The Plaintiffs now renew their motion to reassign, arguing that Judge Watkins's decision in *Springer v. Wells Fargo Bank, N.A.*, No. 2:17-cv-693-WKW (M.D. Ala. Apr. 18, 2022) (Doc. 45), provides additional grounds for reassignment. But the Plaintiffs do not explain why the undersigned is incapable of fairly ruling upon the pending issues in this case based on Judge Watkins's decision in *Springer*. Nor do I find any. There being insufficient grounds for reassignment, it is

ORDERED that the motions for reassignment (Doc. 510; Doc. 511) are DENIED.

DONE, on this the 13th day of December, 2022.

            /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE