# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 17, 2024

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 23-10187-CC
Case Style: Garnet Turner, et al v. Allstate Insurance Company
District Court Docket No: 2:13-cv-00685-RAH-KFP
Secondary Case Number: 2:15-cv-00406-RAH-KFP

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10187

_____

GARNET TURNER,
individually and on behalf of all others similarly situated,
JAMES CARTRETTE,
BILL HUFF,
KATHY SHEPHERD,
VERNON BENTLEY, et al.,

                                              Plaintiffs-Appellants,

SUZANNE WILLINGHAM, et al.,
individually and on behalf of all others similarly situated,

                                              Plaintiffs,

*versus*

ALLSTATE INSURANCE COMPANY,

                                              Defendant-Appellee.

Case 2:13-cv-00685-RAH-KFP   Document 530   Filed 01/17/24   Page 3 of 3
USCA11 Case: 23-10187   Document: 48-2   Date Filed: 01/17/2024   Page: 2 of 2

2                                                                    23-10187

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket Nos. 2:13-cv-00685-RAH-KFP,
2:15-cv-00406-RAH-KFP

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 15, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: January 17, 2024